IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re: Edwin R. Berrios Aviles
Joanne M. Nieves Rodriguez

CASE NO. 09-05295 (ESL)
Chapter 13

Debtor(s) : Chapter

\*

**PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

NOW APPEARS Banco Santander, the creditor through the undersigned attorney Roxana M. Viera-Canales Esq, USDC PR No. 227812, of 1606 Ave. Ponce de León Edif. Julio Bogoricin Ste. 900 San Juan, Puerto Rico 00909, and states that on 2/08/2013 , Banco Santander became entitled to receive $ 1701.21 and 840.95 , as a distribution in the above-entitled case, and now appears on the records of this Court as the owner of said funds. The amount requested is being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon:

(X) petitioner is the OWNER of said funds being the owner appearing on the records of this Court;

( ) petitioner is the assignee of the owner's claim to said funds; as evidenced in the attached Affidavit or Assignment of Right;

( ) petitioner is the owner's successor in interest, as evidenced in the attached Affidavit or Assignment of Right;

( ) petitioner is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents; or

( ) petitioner is named in a POWER OF ATTORNEY by Banco Santander , valid under the laws of the Commonwealth of Puerto Rico, that empowers petitioner to collect the unclaimed funds described above on behalf of grantor:

( ) as the owner of the claim;
( ) as the owner's attorney-at-law, with authorization to receive said funds;
( ) as the assignee of the owner's claim to said funds;
( ) as the owner's successor in interest; or
( ) as the personal representative of the owner's estate.

Your petitioner submits with this petition the following document(s) as proof of the petitioner's identity and status, and the owner's claim of entitlement:

-Trustee's Report Regarding Unclaimed Funds

WHEREFORE, your petitioner submits to the personal jurisdiction of this Court and requests that it enter an order directing payment of the unclaimed funds described above to the petitioner, or – if the petitioner is not the owner – to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

The petitioner declares under penalty of perjury that the foregoing is true and correct.

Name of Petitioner: Banco Santander, Garcia-Chamorro Law Group
Signature of Petitioner: _____
Title: Attorney Roxana M. Viera –Canales Esq.
Date: April 24th 2013

## NOTICE OF RESPONSE TIME

Within twenty (20) days after service as evidenced by the certification – and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail – any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice otherwise requires.

## CERTIFICATE OF SERVICE

The petitioner mailed a copy of this petition and all attachments to the Office of the United States Attorney for the District of Puerto Rico, at Torre Chardón Suite 1201, 350 Carlos Chardón Ave., San Juan, PR 00918, on _____ April 24,2013 _____.

```
Label Matrix for local noticing
0104-3
Case 09-05295-ESL13
District of Puerto Rico
Old San Juan
Wed Apr 24 10:54:08 AST 2013

MIDLAND FUNDING LLC/AMERICAN INFOSOURCE LP
PO BOX 268941
OKLAHOMA CITY, OK 73126-8941

AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998-1535

BANCO DE DESARROLLO ECONOMICO PR
PO BOX 70100
SAN JUAN, PR 00936-8100

BANCO POPULAR
PO BOX 70354
SAN JUAN, PR 00936-8354

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

BBVA
PO BOX 364745
SAN JUAN, PR 00936-4745

CITIFINANCIAL
FORTUNO & FORTUNO PAS
PO BOX 9300
SAN JUAN, PR 00908-0300

Citifinancial, Inc.
PO Box 70919
Charlotte, NC 28272-0919

DISABILITY INSURANCE PR DPT OF LABOR
505 MU OZ RIVERA AVE
HATO REY, PR 00918-3352

BANCO POPULAR PR
MIGDALIA EFFIE GUASP ESQ
PO BOX 362708
SAN JUAN, PR 00936-2708

R&G PREMIER BANK OF PR
ISMAEL H HERRERO III ESQ
PO BOX 362159
SAN JUAN, PR 00936-2159

AMERICAN EXPRESS CORP.
PO BOX 5207
FORT LAUDERDALE, FL 33310-5207

BANCO DE DESARROLLO ECONOMICO PR
VISA
PO BOX 70100
SAN JUAN, PR 00936-8100

BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS
PO BOX 362708
SAN JUAN PR 00936-2708

BANCO SANTANDER LEASING
PO BOX 191080
SAN JUAN, PR 00919-1080

Banco Santander
Garcia & Fernandez
33 Bolivia Street Suite 701
San Juan, PR 00917-2010

CMI ENTERPRISES INC.
DEL VALLE RODRIGUEZ LAW OFFICES
PO BOX 10590
SAN JUAN, PR 00922-0590

DEL VALLE RODRIGUEZ LAW OFFICES
C.M.I. ENTERPRISES, INC.
PO BOX 10590
SAN JUAN, PR 00922-0590

DPTO DE HACIENDA
BANKRUPTCY SECTION (424-B)
P.O. BOX 9024140
SAN JUAN, PR 00902-4140

BANCO SANTANDER PUERTO RICO
VIVIANA RODRIGUEZ ESQ.
33 BOLIVIA STREET
SUITE 701
SAN JUAN, PR 00917-2010

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

American Express TRS Co Inc Latin American
Division
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

BANCO POPULAR
PO BOX 366818
SAN JUAN, PR 00936-6818

BANCO SANTANDER
PO BOX 191080
SAN JUAN, PR 00919-1080

BANCO SANTANDER LEASING
PO BOX 194439
SAN JUAN, PR 00919-4439

CITIFINANCIAL
B-50 CALLE RIO BAYAMON
SUITE 10
BAYAMON, PR 00961-3412

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DEPARTMENT OF TREASURY
PO BOX 9022501
SAN JUAN, PR 00902-2501

ECAST SETTLEMENT CORP
MBNA AMERICA BANK NA
PO BOX 35480
NEWARK, NJ 07193-5480
```

FDS BANK/MACY'S
TSYS DEBT MGMT., INC.
PO BOX 137
COLUMBUS, GA 31902-0137

FIRST LEASING RENTAL CORP.
PO BOX 11852
SAN JUAN, PR 00910-3852

Midland Funding LLC
by American InfoSource LP as agent
PO Box 268941
Oklahoma City, OK 73126-8941

Pr PREMIER BANK OF PUERTO RICO
ISMAEL H. HERRERO III
PO BOX 362159
SAN JUAN PR 00936-2159

SEARS CREDIT CARD
PO BOX 183001
COLUMBUS, OH 43218-3001

eCAST Settlement Corporation assignee of FIA
Services aka Bank of America
JCB 35480
Newark NJ 07193-5480

SYSYS DEBT MANAGEMENT INC
PO BOX 137
COLUMBUS, GA 31902-0137

JAIME RODRIGUEZ RODRIGUEZ
RODRIGUEZ & ASOCIADOS
PO BOX 2477
VEGA BAJA, PR 00694-2477

FIRST BANK
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN PR 00908-0146

GAP
PO BOX 530942
ATLANTA, GA 30353-0942

MACY'S
PO BOX 689194
DES MOINES, IA 50368-9194

PR ACQUISITIONS LLC
270 MUNOZ RIVERA AVENUE SUITE 400
SAN JUAN PR 00918-1910
866-600-4753

RECOVERY MANAGEMENT SYSTEMS CORP.
25 SE 2ND AVE.
STE. 1120
MIAMI, FL 33131-1605

SIGFRIDO RODRIGUEZ DIAZ
URB. RIVERVIEW
CALLE 36 ZA-17
BAYAMON, PR 00961-3929

UNEMPLOYMENT INSURANCE
PR DEPT OF LABOR
12 FLOOR 505 MU OZ RIVERA AVE.
SAN JUAN, PR 00918

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

JOANNE M NIEVES RODRIGUEZ
HC06 BOX 13240
COROZAL, PR 00783-7833

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

FIRST BANK LEASING PR
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN, PR 00908-0146

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MBNA
PO BOX 15137
WILMINGTON, DE 19886-5137

PREPA
MARIA T. GORBEA
PO BOX 363928
SAN JUAN, PR 00936-3928

RG PREMIER BANK
VISA
PO BOX 2510
GUAYNABO, PR 00970-2510

THE HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
PO BOX 689100
DES MOINES, IA 50368

WILFREDO BORGES
PO BOX 360937
SAN JUAN, PR 00936-0937

EDWIN R BERRIOS AVILES
HC06 BOX 13240
COROZAL, PR 00783-7833

MACY'S VISA
PO BOX 689194
DES MOINES, IA 50368-9194

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
PO BOX 80110
CINCINNATI, OH 45280-0010

(d)AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998-1535

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BECKET & LEE LLP/ LTR

(u)SIGFRIDO RODRIGUEZ

End of Label Matrix
Mailable recipients    56
Bypassed recipients     3
Total                  59